[No. 55582-1-I.   Division One.   January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTRON EDWARD LEWIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 01-1-04200-5, Michael Hayden, J., entered December 30, 2004. *Affirmed* by unpublished per curiam opinion.

[No. 55612-6-I.   Division One.   January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. AARON GREGORY BARCUS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-10455-2, Sharon S. Armstrong, J., entered January 5, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55633-9-I.   Division One.   January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. ADRIAN DAMON SIMS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-1-05912-3, Ronald Kessler, J., entered January 10, 2005. *Affirmed* by unpublished per curiam opinion.

[No. 55714-9-I.   Division One.   January 30, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. S.D., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 04-8-00632-7, Carol A. Schapira, J., entered January 5, 2005. *Affirmed* by unpublished per curiam opinion.